# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at www.ca4.uscourts.gov/cmecftop.htm.

**THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO.** Appeal No.: 13-2142 as

[✓] Retained  [ ] Court-appointed(CJA)  [ ] Court-assigned(non-CJA)  [ ] Federal Defender  [ ] Pro Bono  [ ] Government

COUNSEL FOR: Heritage Transport, Inc.

_____ as the
(party name)

[✓] appellant(s)  [ ] appellee(s)  [ ] petitioner(s)  [ ] respondent(s)  [ ] amicus curiae  [ ] intervenor(s)

_____
(signature)

Edward K. Pritchard, III, Esq.
Name (printed or typed)

843-722-3300
Voice Phone

Pritchard Law Group, LLC
Firm Name (if applicable)

843-722-3379
Fax Number

129 Broad Street

Charleston, SC  29401
Address

epritchard@pritchardlawgroup.com
E-mail address (print or type)

### CERTIFICATE OF SERVICE

I certify that on September 23, 201_ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

Waring S. Howe., Jr.,
Waring S. Howe Jr. Law Office
57 Broad Street
Charleston, SC  29401
Attorney for Plaintiff

_____
Signature

September 23, 2013
Date

11/17/2011
SCC